UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

---

ROSE BUCHHOLTZ,

                         Plaintiff,

    -v-

ARM WNY, LLC, a New York limited liability company,

                         Defendant.

---

Civil Action No. 2:14-cv-01174-LDG-GWF

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   }
COUNTY OF NEW YORK  }ss.:

MAUREEN MINTZER, being duly sworn, deposes and says, I am not a party to this action, am over 18 years old and reside at New York, NY;

On July 22, 2014 at 12:25 p.m. at 10 Bank Street, Suite 560, White Plains, NY 10606, I served the within SUMMONS, CLASS ACTION COMPLAINT, CIVIL COVER SHEET and EXHIBITS 1-4 on ARM WNY, LLC defendant therein named, by delivering true copies of same to ALMA ANDINO, Client Services Associate at UNITED CORPORATE SERVICES, INC., registered agent for service of process.

The person served is a white female, black hair, 35-45 years old, 5'0", 110-120 pounds.

                                                                   MAUREEN MINTZER

Sworn to before me this
22nd day of July 2014.

_____
NOTARY PUBLIC

Bruce Lazarus
Notary Public State of New York
01LA4990593-Qualified in Westchester Cty
Certificate Filed in New York County
Commission Expires January 13, 20__

---

WESTCHESTER PROCESS SERVERS
www.westchesterprocessservers.com
333 Mamaroneck Avenue #205  White Plains, NY 10605
914-495-8989