# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Rose Buchholtz )
)
       Plaintiff(s), )
vs. )   Case # 2:14-cv-01174-LDG-GWF
)
)
)   **DEFAULT**
Arm Wny, LLC )
)
)
       Defendant(s). )
)

    It appearing from the records in the above-entitled action that Summons issued on the __Original__ Complaint __July 17, 2014__
(Original, Amended, etc.)              (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

    Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __Arm Wny, LLC__

in the above-entitled action is hereby entered.

DATED: __August 28, 2014__      LANCE S. WILSON, CLERK

By: /s/ Shelly Denson
      Deputy Clerk